# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: February 27, 2026

Mr. Eric Neff  
U.S. Department of Justice (CIV-Voting Section)  
150 M Street NE  
Suite 8-139  
Washington, DC 20002

    Re: Case No. 26-1225  
        *USA v. Jocelyn Benson, et al*  
        Originating Case No. 1:25-cv-01148

Dear Counsel,

    This appeal has been docketed as case number **26-1225** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

    Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

    At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **March 13, 2026**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

    Appellant:    Appearance of Counsel  
                        Civil Appeal Statement of Parties & Issues  
                        Disclosure of Corporate Affiliations  
                        Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Mr. Erik A. Grill
    Ms. Heather S. Meingast
    Ms. Renata O'Donnell
    Ms. Sarah S. Prescott

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 26-1225

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

JOCELYN BENSON, in her official capacity as Secretary of the State of Michigan; STATE OF MICHIGAN

       Defendants - Appellees

LEAGUE OF WOMEN VOTERS OF MICHIGAN; MICHIGAN ALLIANCE FOR RETIRED AMERICANS; DONALD DUQUETTE; KEELY CRIMANDO

       Intervenors - Appellees