## Appearance of Counsel

Appeal No.: **26-1225**

Case Title: **USA** vs. **Jocelyn Benson, et al**

List all clients you represent in this appeal:

**United States of America**

☑ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent   ☐ Intervenor   (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David N. Goldman**     Signature: s/ **David N. Goldman**

Firm Name: **United States Department of Justice, Civil Rights Division, Appellate Section**

Business Address: **Ben Franklin Station, P.O. Box 14403**

City/State/Zip: **Washington, D.C.  20044**

Telephone Number (Area Code): **(202) 616-9405**

Email Address: **david.goldman@usdoj.gov**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17