## Appearance of Counsel

Appeal No.: **26-1225**

Case Title: **USA** vs. **Jocelyn Benson, et al**

List all clients you represent in this appeal:

**United States of America**

☑ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent     ☐ Intervenor           (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Andrew G. Braniff**     Signature: s/ **Andrew G. Braniff**

Firm Name: **United States Department of Justice, Civil Rights Division, Appellate Section**

Business Address: **Ben Franklin Station, P.O. Box 14403**

City/State/Zip: **Washington, D.C. 20044**

Telephone Number (Area Code): **(202) 532-3803**

Email Address: **andrew.braniff@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---