UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOCELYN BENSON and the STATE OF MICHIGAN,

    Defendants.

_____/

Case No. 1:25-cv-1148

Hon. Hala Y. Jarbou

**ORDER**

In accordance with the opinion issued this date:

**IT IS ORDERED** that the motions to dismiss filed by Defendants (ECF No. 38) and Intervenor-Defendants (ECF No. 47) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint (ECF No. 1) is **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that the motions to file amicus briefs (ECF Nos. 42, 48, 62, 64) are **DENIED AS MOOT**.

A judgment will issue in accordance with this Order.

Dated: February 10, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE