UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-1225**

Case Title: **United States of America** vs. **Jocelyn Benson, et al**

List all clients you represent in this appeal:

**Jocelyn Benson and State of Michigan**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor  (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Heather S. Meingast**   Signature: s/ **Heather S. Meingast**

Firm Name: **Michigan Department of Attorney General**

Business Address: **P.O. Box 30736**

City/State/Zip: **Lansing, Michigan 48909**

Telephone Number (Area Code): **517-335-7659**

Email Address: **meingasth@michigan.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17