**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Kelly L. Stephens**
**Clerk**

513-564-7000

March 3, 2026

Kelsey E. McGee
Andrew Braniff
David N. Goldman
Eric Neff
Heather S. Meingast
Erik A. Grill
Renata O'Donnell
Sarah S. Prescott

Re: Case No. 26-1225, *USA v. Jocelyn Benson, et al.*

Dear Counsel,

The court requests the appellees' response to the Government's emergency motion to expedite briefing schedule by 5:00 p.m. on Friday, March 6, 2026. The Government may file a reply to the response no later than 5:00 p.m. Tuesday, March 10, 2026.

Sincerely,

Kelly L. Stephens, Clerk