UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-1225**

Case Title: **United States of America** vs. **Jocelyn Benson, et al.**

List all clients you represent in this appeal:

> **Intervenor-Appellees Michigan Alliance for Retired Americans, Donald Duquette, and Keely Crimando**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☑ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Branden D. Lewiston**   Signature: s/ **Branden D. Lewiston**

Firm Name: **Elias Law Group LLP**

Business Address: **250 Massachusetts Ave. NW, Suite 400**

City/State/Zip: **Washington DC 20001**

Telephone Number (Area Code): **(202) 968-4674**

Email Address: **blewiston@elias.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17