# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **26-1225**  Case Manager: **Roy Ford**

Case Name: **United States v. Jocelyn Benson, et al.**

Is this case a cross appeal? ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
 Case Name: _____  Citation: _____
 Was that case mediated through the court's program?  ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

In the summer of 2025, the United States Department of Justice (the Department or DOJ) sent a series of letters to Secretary of State Jocelyn Benson (Defendant), seeking information regarding Michigan's compliance with the National Voter Registration Act (NVRA) and the Help America Vote Act (HAVA). In these requests, the United States listed alleged irregularities with Michigan's voting rolls inconsistent with compliance with federal law and requested from the State an electronic, non-redacted copy of its Statewide Voter Registration List (SVRL) to ensure compliance. The DOJ invoked its authority to inspect voting records under Title III of the Civil Rights Act of 1957. Michigan refused to provide the United States with the requested document. On September 25, 2025, the DOJ sued the state of Michigan for failure to produce its SVRL. The main issues on appeal are the Department's legal authority to demand an electronic, non-redacted copy of Oregon's SVRL under the Title III as well as any limitations imposed by federal privacy laws.

This is to certify that a copy of this statement was served on opposing counsel of record this __9__ day of _____**March**__, __**2026**__.

s/ **Andrew G. Braniff**
Name of Counsel for Appellant