No. 26-1225

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 11, 2026
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff – Appellant, | ) ) ) |
| v. | ) ) |
| JOCELYN BENSON, in her official capacity as Secretary of the State of Michigan; STATE OF MICHIGAN, | ) ) ) ) |
|     Defendants – Appellees, | ) ) |
| LEAGUE OF WOMEN VOTERS OF MICHIGAN; MICHIGAN ALLIANCE FOR RETIRED AMERICANS; DONALD DUQUETTE; KEELY CRIMANDO | ) ) ) ) |
|     Intervenors – Appellees. | ) ) |

O R D E R

The plaintiff appeals the dismissal of its action for disclosure of voter registration lists. The plaintiff moves to expedite briefing, the defendants and the intervenors respond in opposition, and the plaintiff replies.

Upon review of the parties' briefing, the motion to expedite is GRANTED IN PART, and the court sets the following deadlines. The plaintiff shall file its principal brief by Monday, March 23, 2026. The defendants and appellees shall file their principal briefs by Monday, April 13. The plaintiff may file a reply brief by Monday, April 20. The clerk will issue a separate briefing letter.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk