UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-1225**

Case Title: **United States of America** vs. **Jocelyn Benson, et al**

List all clients you represent in this appeal:

**Center for Election Confidence, Inc.; Restoring Integrity and Trust in Elections, Inc.; Honest Elections Project**

☐ Appellant    ☐ Petitioner    ☑ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor           (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Zachary C. Larsen**    Signature: s/ *Zachary C. Larsen*

Firm Name: **Clark Hill PLC**

Business Address: **215 South Washington Square, Ste. 200**

City/State/Zip: **Lansing, MI 48933**

Telephone Number (Area Code): **(517) 318-3053**

Email Address: **zlarsen@clarkhill.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17