No. 26-1225

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

v.

JOCELYN BENSON, in her official capacity as
Secretary of the State of Michigan, *et al.*,

Defendants-Appellees,

LEAGUE OF WOMEN VOTERS OF MICHIGAN; MICHIGAN ALLIANCE
FOR RETIRED AMERICANS; DUQUETTE; KEELY CRIMANDO,

Intervenors-Appellees.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION CASE NO. 1-25-cv-01148
The Honorable Hala Y. Jarbou

_____

MOTION OF PROPOSED *AMICI CURIAE* CENTER FOR ELECTION
CONFIDENCE, INC., RESTORING INTEGRITY AND TRUST IN
ELECTIONS, INC., AND HONEST ELECTIONS PROJECT FOR LEAVE TO
FILE *AMICI CURIAE* BRIEF IN SUPPORT OF APPELLANT AND REVERSAL

_____

[Counsel Listed on Inside Cover]

Zachary C. Larsen (P72189)
Michael J. Pattwell (P72419)
CLARK HILL PLC
215 S. Washington Sq., Ste. 200
Lansing, MI 48933
(517) 318-3100
zlarsen@clarkhill.com
mpattwell@clarkhill.com

*Attorneys for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *Amici Curiae* each affirmatively state that no party to this brief is a publicly held corporation, issues stock or has a parent corporation.

Pursuant to Sixth Circuit Rule 26.1, *Amici Curiae* make the following disclosures:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

   *Amici Curiae* all state "No."

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

   *Amici Curiae* all state "No."

Dated: March 30, 2026

/s/ *Zachary C. Larsen*
Zachary C. Larsen
*Attorney for Amici Curiae*

iii

**MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF**

Pursuant to Federal Rule of Appellate Procedure 29(a), proposed *Amici Curiae* Center for Election Confidence, Inc. ("CEC"),  Restoring Integrity and Trust in Elections, Inc. ("RITE"), and Honest Elections Project ("HEP") respectfully move for leave to file the attached brief in support of Plaintiff-Appellant the United States of America in *United States v. Benson*, No. 26-1225 (6th Cir. 2026). *Amici Curiae* requested the consent of all parties to file its amici brief. Plaintiff-Appellant consented. Defendants-Appellees took no position. Intervenor-Appellees Michigan Alliance for Retired Americans, Donald Duquette, and Keely Crimando took no position. Intervenor-Appellee League of Women Voters of Michigan declined to respond.

In support of this motion, proposed *Amici Curiae* state the following:

1.      CEC is a non-profit organization dedicated to promoting ethics, integrity, and professionalism in the electoral process. CEC seeks to ensure that all eligible citizens may exercise their right to vote within a system governed by fair procedures that uphold integrity, prevent disenfranchisement, and maintain public confidence in both the process and its outcomes. To advance these objectives, CEC conducts and publishes research on election methods, serves as a resource for legal, journalistic, and policy communities, and participates in public-interest litigation,

1

including the filing of *amicus* briefs, to support the rule of law and election integrity. Because of the negative effects that the district court's ruling will have on CEC's ability to realize its objectives, unless reversed by this Court, CEC has a strong interest in the disposition of Plaintiff-Appellant's appeal.

2.     RITE is a non-profit organization with the mission of protecting the rule of law in the qualifications for, process and administration of, and tabulation of voting throughout the United States. RITE supports laws and policies that promote secure elections and enhance voter confidence in the election process, including their vigorous enforcement. RITE regularly litigates and files amicus briefs in cases involving the National Voter Registration Act.

3.     HEP is a nonpartisan organization devoted to supporting the right of every lawful voter to participate in free and honest elections. Through public engagement, advocacy, and public interest litigation, HEP defends the fair, reasonable measures that legislatures put in place to protect the integrity of the voting process. HEP supports common-sense voting rules and opposes efforts to reshape elections for partisan gain.

4.     The proposed brief of *Amici Curiae* will assist the Court in resolving this matter by explaining the consequences of affirming the district court's ruling that the Attorney General may not compel Michigan to produce its unredacted voter registration file. The brief demonstrates how such a decision contravenes Congress's

intent in enacting the National Voter Registration Act and the Civil Rights Act of 1960, which codify transparency, and highlights the significant ramifications of restricting access to this information—namely, the erosion of election integrity and diminished public confidence in elections.

5.    Because of its expertise in conducting research on election administration and methodology, *Amici Curiae* can provide this Court with a unique, evidence-based perspective on the practical effects of restricting access to voter registration data. This perspective will not duplicate that presented by Plaintiff-Appellant.

6.    Plaintiff-Appellant's principal brief was filed on March 23, 2026, with a corrected version filed on March 24, 2026. Accordingly, this motion and the accompanying proposed brief are timely under Fed. R. App. P. 29(a)(6).

For the foregoing reasons, Amici Curiae respectfully request that the Court grant leave to file the accompanying brief in support of Plaintiff-Appellant.

Respectfully submitted,

*/s/ Zachary C. Larsen*
Zachary C. Larsen (P72189)
Michael J. Pattwell (P72419)
CLARK HILL PLC
215 S. Washington Sq., Ste. 200
Lansing, MI 48933
(517) 318-3100
zlarsen@clarkhill.com
mpattwell@clarkhill.com
*Attorneys for Amici Curiae*

Dated: March 30, 2026

3

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 29(a)(5) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 564 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ Zachary C. Larsen
Zachary C. Larsen
*Attorney for Amici Curiae*

Dated: March 30, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using its CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Zachary C. Larsen*
Zachary C. Larsen
*Attorney for Amici Curiae*

Dated: March 30, 2026