UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-1225**

Case Title: **United States of America** vs. **Jocelyn Benson, et al**

List all clients you represent in this appeal:

**Michigan House of Representatives**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Charles R. Spies**   Signature: s/ **Charles R. Spies**

Firm Name: **Dickinson Wright PLLC**

Business Address: **1825 Eye Street, N.W., Suite 900**

City/State/Zip: **Washington, DC 20006**

Telephone Number (Area Code): **(202) 466-5964**

Email Address: **cspies@dickinsonwright.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.