# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens | 100 EAST FIFTH STREET, ROOM 540 | Tel. (513) 564-7000 |
| Clerk | POTTER STEWART U.S. COURTHOUSE | www.ca6.uscourts.gov |
|  | CINCINNATI, OHIO 45202-3988 |  |

Filed: April 08, 2026

Mr. Jonathan Barrett Koch
Dickinson Wright
200 Ottawa Avenue, N.W.
Suite 900
Grand Rapids, MI 49503

> Re:  Case No. 26-1225
> *USA v. Jocelyn Benson, et al*
> Originating Case No. 1:25-cv-01148

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Mr.    Joshua Charles Abbuhl
    Ms.    Aria Branch
    Mr.    Andrew Braniff
    Ms.    Ann E. Filkins
    Mr.    David N. Goldman
    Mr.    Erik A. Grill
    Mr.    Zachary C. Larsen
    Mr.    Branden D. Lewiston
    Ms.    Kelsey E. McGee
    Ms.    Heather S. Meingast
    Mr.    Eric Neff
    Ms.    Renata O'Donnell
    Mr.    William Jeffrey Olson

Honorable Jesus A. Osete
Mr.        Michael John Pattwell
Ms.        Sarah S. Prescott
Mr.        Charles R. Spies
Mr.        Derek Anthony Zeigler


Enclosure