Case No. 26-1225

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

JOCELYN BENSON, in her official capacity as Secretary of the State of Michigan; STATE OF MICHIGAN

      Defendants - Appellees

LEAGUE OF WOMEN VOTERS OF MICHIGAN; MICHIGAN ALLIANCE FOR RETIRED AMERICANS; DONALD DUQUETTE; KEELY CRIMANDO

      Intervenors - Appellees


   Upon consideration of the motion of the Michigan House of Representatives to file an amicus brief,

   It is **ORDERED** that the motion be, and it hereby is **GRANTED.**


      **ENTERED BY ORDER OF THE COURT**
      Kelly L. Stephens, Clerk

Issued: April 08, 2026