UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-1225**

Case Title: **United States of America** vs. **Jocelyn Benson et al.**

List all clients you represent in this appeal:

**Former Employees of the U.S. Department of Justice**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Noah B. Bokat-Lindell**          Signature: s/ **Noah B. Bokat-Lindell**

Firm Name: **O'Melveny & Myers LLP**

Business Address: **1625 Eye St. NW**

City/State/Zip: **Washington, DC 20006**

Telephone Number (Area Code): **(202) 383-5321**

Email Address: **nbokat-lindell@omm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17