**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 15, 2026

**Notice of Argument by Video Conference at
10:00 a.m. (Eastern Time) on Wednesday, May 13, 2026**

Ms. Aria Branch
Elias Law Group
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. Andrew Braniff
U.S. Department of Justice
Appellate Section
P.O. Box 14403
Washington, DC 20044-4403

Ms. Heather S. Meingast
Office of the Attorney General
of Michigan
P.O. Box 30736
Lansing, MI 48909

Re:  No. 26-1225, *USA v. Jocelyn Benson, et al*

Dear Counsel,

This case is scheduled for argument by video conference at **10:00 a.m. (Eastern Time) on Wednesday, May 13, 2026** before a three-judge panel of the Sixth Circuit Court of Appeals. You must be available for argument from **9:30 a.m. through 11:00 a.m.**, even if your argument is not first on the Court's docket. In addition, please note the following:

- You will be provided specific video conference information one to two business days prior to the argument date;
- The time allotted for oral argument is limited to 15 Minutes for Appellant; 15 Minutes to be Shared by Appellees and Intervenors.

- You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on the Sixth Circuit's website at www.ca6.uscourts.gov two weeks prior to argument.

**If you are the attorney who will present argument in this case, download the Argument Acknowledgment form from the website and file it electronically with the Clerk's office by April 29, 2026.**

Counsel is strongly discouraged from seeking continuances of oral argument as they are granted only in exceptional circumstances. If counsel is seeking a continuance or waiver of oral argument, a motion should be filed as soon as possible. Please note that the filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.

Sincerely yours,

s/Angela L Ferguson
Calendar Deputy

cc: Mr.       Joshua Charles Abbuhl
    Mr.       Noah Bokat-Lindell
    Mr.       Daniel J. Freeman
    Mr.       David N. Goldman
    Mr.       Erik A. Grill
    Mr.       Jonathan Barrett Koch
    Mr.       Zachary C. Larsen
    Mr.       Branden D. Lewiston
    Ms.       Kelsey E. McGee
    Mr.       Jonathan Benjamin Miller
    Mr.       Eric Neff
    Ms.       Renata O'Donnell
    Mr.       William Jeffrey Olson
    Honorable Jesus A. Osete
    Mr.       Michael John Pattwell
    Ms.       Sarah S. Prescott
    Mr.       Charles R. Spies
    Mr.       Derek Anthony Zeigler