UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Appeal No. 26-1225

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

V.

JOCELYN BENSON, in her official capacity as Secretary of the State of Michigan; STATE OF MICHIGAN

Defendants-Appellees,

LEAGUE OF WOMEN VOTERS OF MICHIGAN; MICHIGAN ALLIANCE FOR RETIRED AMERICANS; DONALD DUQUETTE; KEELY CRIMANDO,

Intervenors-Appellees.

On Appeal from the United States District Court
for the Western District of Michigan

Case No. 1-25-cv-01148
The Honorable Hala Y. Jarbou

APPENDIX TO BRIEF OF BIPARTISAN FORMER SECRETARIES OF
STATE AS AMICI CURIAE IN SUPPORT OF DEFENDANTS-APPELLEES

Cory M. Carone
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone:  203.389.9000
Facsimile:  503.220.2480
cory.carone@stoel.com

John B. Hill
Nikhel S. Sus
Samantha Susman
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
jhill@citizensforethics.org

*Attorneys for Amici Curiae*

## LIST OF APPENDIX

App. A        Biographies of *Amici Curiae*

DATED:  April 17, 2026                    STOEL RIVES LLP

/s/ *Cory M. Carone*

Cory M. Carone
Stoel Rives LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone:  208.389.9000
Facsimile:  503.220.2480
cory.carone@stoel.com

John B. Hill
Nikhel S. Sus
Samantha Suman
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
jhill@citizensforethics.org

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2026, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using its CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED:  April 17, 2026          STOEL RIVES LLP

/s/ *Cory M. Carone*
Cory M. Carone
*Attorney for Amici Curiae*