# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
### NO. 26-1225

United States of America,                                                    *Plaintiff-Appellant*

                        On appeal from the United States District Court
                          for the Western District of Michigan
v.                              Civil Action No. 1:25-CV-01148
                        Hon. Hala Y. Jarbou, United States District Judge

Jocelyn Benson, in her official capacity as
Secretary of the State of Michigan;
State of Michigan,                                                    *Defendants- Appellees*

and

Michigan Alliance for Retired Americans;
Donald Duquette;  Keely Crimando,                                    *Intervenors-Appellees*

---

# COMMONWEALTH OF KENTUCKY
# STATE BOARD OF ELECTIONS' UNOPPOSED
# MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
# IN SUPPORT OF APPELLEES

---

The Commonwealth of Kentucky's State Board of Elections, respectfully moves

for leave to file the accompanying amicus curiae brief in support of Appellees.[1] All

parties consent to the filing of this brief.

---

[1]        Fed. R. App. P. 29(a)(3).

1

This case concerns the scope of federal authority over the administration of state voter registration systems—an area the Constitution assigns primarily to the States in Article I, Section 4. The Kentucky State Board of Elections is the agency charged by the Kentucky General Assembly with carrying out that responsibility. As such, the Board administers Kentucky's voter registration system, maintains its voter rolls, implements statutory safeguards, and ensures compliance with both state and federal law. The Board has a real and substantial interest in the outcome of this litigation because it too has been sued by the Department of Justice on a similar claim.[2] For that reason, it offers the enclosed brief for the Court's consideration, and asks the Court to grant this motion for two reasons.

***First***, Kentucky's State Board of Elections deserves a voice in this matter. Like Michigan, Kentucky is currently the subject of similar demands from and litigation brought by the United States Department of Justice. In responding to those demands and the Department's litigation, the Board has squarely addressed the questions presented in this appeal, and has raised an otherwise novel argument not made by any other State to face similar litigation so far—whether the Department's asserted authority reflects the kind of "major question" that requires clear congressional authorization.

---

[2]     *United States of America v. Kentucky State Board of Elections, et al.*, Case No. 3:26-cv-00019-GFVT (E.D. KY).

***Second***, this case implicates the mechanics of election administration—how voter rolls are maintained, how statutory safeguards operate in practice, and how federal demands interact with state systems designed to ensure both access and accuracy. Courts routinely recognize that when a case turns on the administration of complex regulatory systems, the views of the officials charged with administering those systems are uniquely valuable. That is especially true where, as here, the Constitution assigns primary responsibility to the States.

The Board's brief will thus assist this Court by providing (1) a sovereign State's perspective on the federalism concerns implicated by the Department's litigation, and (2) legal arguments that have not yet been presented by the parties, but which should be considered by the Court. Because the proposed brief offers a distinct, relevant, and useful perspective on the issues before the Court, and because Kentucky deserves a voice in the resolution of the questions presented, this Court should grant this motion. Respectfully submitted,

/s/ *Carmine G. Iaccarino*
Carmine G. Iaccarino
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY  40507
Telephone: (859) 255-8581
Carmine@sturgillturner.com

Taylor A. Brown
*General Counsel*
State Board of Elections
140 Walnut Street
Frankfort, Kentucky 40601
TaylorA.brown@ky.gov

*Counsel for Amicus Curiae, the Commonwealth of Kentucky State Board of Elections*

3

# <u>CERTIFICATE OF COMPLIANCE</u>

This Motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B)(i) because it contains 428 words, excluding those parts exempted by Fed. R. App. P. 32(f).

This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Motion has been prepared using proportionally-spaced, 14-point font.

/s/ *Carmine G. Iaccarino*
*Counsel for the Amicus Curiae, the*
*Commonwealth of Kentucky State Board of Elections*

## CERTIFICATE OF SERVICE

I certify that on April 20, 2026, I served a true and complete copy of this Motion via the Court's CM/ECF system to all counsel of record.

*/s/ Carmine G. Iaccarino*
*Counsel for the Amicus Curiae, the Commonwealth of*
*Kentucky State Board of Elections*