# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 26-1225

2. Case Caption (Short Title): USA v. Benson

3. Argument is scheduled for <u>10:00 a.m.</u> *(time)* on <u>Wednesday, May 13, 2026</u> *(day, date)* and will be held:

☐ Live (In Person)     ☑ by Video     ☐ by Telephone

4. I, <u>David N. Goldman</u>, will be presenting argument on behalf of:

☑ Appellant / Petitioner     ☐ Amicus Curiae     ☐ Other (please specify below):

☐ Appellee / Respondent     ☐ Intervenor     _____

If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):
United States of America

6. Minutes reserved for rebuttal (appellant / petitioner only): 3_____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

A. Number of attorneys sharing time: _____

B. Total number of minutes (in whole minutes only) to be shared: _____

C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*