No. 26-1225

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

v.

JOCELYN BENSON, in her official capacity as
Secretary of the State of Michigan; STATE OF MICHIGAN,

*Defendants-Appellees*,

MICHIGAN ALLIANCE FOR RETIRED AMERICANS; DONALD
DUQUETTE; KEELY CRIMANDO,

*Intervenors-Appellees*.

On Appeal from the United States District Court for the
Western District of Michigan, Southern Division
Case No. 1:25-cv-01148
The Honorable Hala Y. Jarbou

**MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT BY**
***AMICUS CURIAE* LEAGUE OF WOMEN VOTERS OF MICHIGAN**

Mark Brewer (P35661)
Goodman Acker P.C.
Two Towne Square, Suite 444
Southfield, MI 48076
mbrewer@goodmanacker.com

Brent Ferguson (NY4890620)
Daniel S. Lenz (WI1082058)
Sejal Jhaveri (NY5396304)
Renata O'Donnell (NY5767561)
Alexis Grady (DC90017620)
Kate Hamilton (DC90006168)
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org

dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
agrady@campaignlegalcenter.org
khamilton@campaignlegalcenter.org

Maura Eileen O'Connor (NY4312302)
Justin Lam (DC 1766514)
Brennan Center for Justice at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu
lamju@brennan.law.nyu.edu

Andrew B. Garber (NY5684147)
Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
Tel: (646) 292-8310
Fax: (212) 463-7308
garbera@brennan.law.nyu.edu

*Counsel for Amicus Curiae League of Women Voters of Michigan*

The League of Women Voters of Michigan (LWVMI) respectfully requests leave to participate in oral argument, scheduled for May 13, 2026. Dkt. No. 49. LWVMI requests five minutes of additional argument time in support of Appellees. LWVMI, as demonstrated in its *amicus* brief, offers a perspective different from any of the parties for why the district court's decision should be affirmed, albeit on alternative grounds. *See* Dkt. No. 60. The Appellants oppose the Motion. State Appellees and Intervenor-Appellees take no position on the Motion.

LWVMI is a nonpartisan, nonprofit, membership-based organization that encourages public participation in government and works to increase Michiganders' understanding of public policy issues. LWVMI is the Michigan affiliate of the League of Women Voters, which was founded in 1920 as an outgrowth of the struggle for voting rights for women and now has more than one million members. In Michigan, LWVMI and its members pursue their goal of expanding political participation by conducting nonpartisan voter registration drives, providing educational materials for voters, holding candidate forums, running voter workshops, and conducting get out the vote efforts. The vast majority of LWVMI's members and volunteers are registered voters whose personal information is at stake in this litigation, including their dates of birth, state driver's license numbers, non-driver photo ID numbers, and the last four digits of their Social Security numbers. As a result, LWVMI has a strong interest in "the confidentiality of its members'

1

personal information, the potential deterrence effects on voter registration, its goal of ensuring that election information is appropriately handled, and the potential resources it may have to expend educating voters about the DOJ's use of their information." (R. 45, Page ID #560–561). LWVMI sought to intervene in the district court litigation, but on December 9, 2025, the district court denied LWVMI's intervention. (R. 46).

This Court should permit LWVMI to participate in oral argument as *amicus* because LWVMI will provide additional context about the indicators of pretext surrounding the United States' requests and litigation in 30 states and the District of Columbia. LWVMI respectfully requests five minutes of argument time to aid the Court in resolution of this matter.

Dated: April 23, 2026                    Respectfully submitted,


                                         /s/ *Mark Brewer*

                                         Brent Ferguson (NY4890620)
                                         Daniel S. Lenz (WI1082058)
                                         Sejal Jhaveri (NY5396304)
                                         Renata O'Donnell (NY5767561)
                                         Alexis Grady (DC90017620)
                                         Kate Hamilton (DC90006168)
                                         Campaign Legal Center
                                         1101 14th St. NW, Suite 400
                                         Washington, DC 20005
                                         Tel: (202) 736-2200
                                         Fax: (202) 736-2222
                                         bferguson@campaignlegalcenter.org

2

dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
agrady@campaignlegalcenter.org
khamilton@campaignlegalcenter.org

Mark Brewer (P35661)
Goodman Acker P.C.
Two Towne Square, Suite 444
Southfield, Michigan 48076
MBrewer@goodmanacker.com

Maura Eileen O'Connor (NY4312302)
Justin Lam (DC 1766514)
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu
lamju@brennan.law.nyu.edu

Andrew B. Garber (NY5684147)
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
Tel: (646) 292-8310
Fax: (212) 463-7308
garbera@brennan.law.nyu.edu


*Counsel for Amicus Curiae League of Women Voters of Michigan*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 23rd day of April 2026, I caused to be served a copy of the above document on all counsel of record and parties via the ECF system.

/s/<u>*Mark Brewer*</u>
Mark Brewer

4