UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-1225**

Case Title: **United State of America** vs. **Jocelyn Benson, et al**

List all clients you represent in this appeal:

**League of Women Voter's of Michigan**

☐ Appellant  ☐ Petitioner  ☑ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee  ☐ Respondent  ☐ Intervenor  (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Mark Brewer**   Signature: s/ **Mark Brewer**

Firm Name: **Goodman Acker, P.C.**

Business Address: **Two Towne Square, Ste. 444**

City/State/Zip: **Southfield, MI 48076**

Telephone Number (Area Code): **(248) 483-5000**

Email Address: **mbrewer@goodmanacker.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
| --- |
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17