UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-1225**

Case Title: **United States** vs. **Jocelyn Benson, et al.**

List all clients you represent in this appeal:

**League of Women Voters of Michigan**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sejal Jhaveri**    Signature: s/ **Sejal Jhaveri**

Firm Name: **Campaign Legal Center**

Business Address: **1101 14th St. NW, Ste. 400**

City/State/Zip: **Washington, DC 20005**

Telephone Number (Area Code): **(202) 736-2200**

Email Address: **sjhaveri@campaignlegalcenter.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17