**Video Argument, 10:00 A.M.**                                    **Wednesday, May 13, 2026**

## Cole, Nalbandian, Mathis

**26-1225   USA v. Jocelyn Benson, et al.**

United States of America                                    gvt   David N. Goldman
                                                                  *3 Minutes Rebuttal*

      **Plaintiff – Appellant**

                **V.**

Jocelyn Benson, et al.                                       ret   Heather S. Meingast
                                                                  *Arguing 1st for Appellees – 8 Minutes*

      **Defendants – Appellees**

Michigan Alliance for Retired Americans, et al.              ret   Aria C. Branch
                                                                  *Arguing 2nd for Appellees – 7 Minutes*

      **Intervenors – Appellees**

*Karen Fultz, Courtroom Deputy*

Plaintiff appeals the dismissal of its action for disclosure of voter registration lists.
(15 Minutes for Appellant; 15 Minutes to be Shared by Appellees)