Case No. 26-1225

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

JOCELYN BENSON, in her official capacity as Secretary of the State of Michigan; STATE OF MICHIGAN

      Defendants - Appellees

MICHIGAN ALLIANCE FOR RETIRED AMERICANS; DONALD DUQUETTE; KEELY CRIMANDO

      Intervenors - Appellees

Upon consideration of Amicus Common Cause motion to file an Amicus Brief, it is hereby **ORDERED** that the motion be and it hereby is **GRANTED** and the amicus brief is accepted as filed.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: June 22, 2026