Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 13, 2026

Ms. Aria Branch
Ms. Heather S. Meingast

Re: Case No. 26-1225
*USA v. Jocelyn Benson, et al*
Originating Case No. 1:25-cv-01148

Dear Counsel,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be filed office not later than Wednesday, **July 22, 2026**, 5:00 pm, EST.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Joshua Charles Abbuhl
  Ms. Mairead Ahlbach
  Mr. Noah Bokat-Lindell
  Mr. Andrew Braniff
  Mr. Lanny Arthur Breuer
  Mr. Mark C. Brewer
  Mr. Taylor Austin Brown
  Mr. Cory Michael Carone
  Mr. Chris Casamassima

| | |
|---|---|
| Mr. | Gillian Cassell-Stiga |
| Mr. | Gregory Clarick |
| Mr. | Daniel J. Freeman |
| Mr. | David N. Goldman |
| Mr. | Erik A. Grill |
| Mr. | Carmine Gennaro Iaccarino |
| Ms. | Sejal Parimal Jhaveri |
| Mr. | Jonathan Barrett Koch |
| Mr. | Zachary C. Larsen |
| Mr. | Branden D. Lewiston |
| Ms. | Kelsey E. McGee |
| Mr. | Jonathan Benjamin Miller |
| Mr. | Oluwalani Oisamoje Oisaghie |
| Mr. | William Jeffrey Olson |
| Honorable | Jesus A. Osete |
| Mr. | Andrew George Pappas |
| Mr. | Michael John Pattwell |
| Ms. | Sarah S. Prescott |
| Mr. | Charles R. Spies |
| Mr. | James Thomas Tucker |
| Mr. | Derek Anthony Zeigler |