No. 26-1225

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Jul 23, 2026

KELLY L. STEPHENS, Clerk

UNITED STATES OF AMERICA,                          )
                                                   )
    Plaintiff-Appellant,                           )
                                                   )
v.                                                 )
                                                   )          O R D E R
                                                   )
JOCELYN BENSON, in her official capacity as        )
Secretary of the State of Michigan; STATE OF       )
MICHIGAN,                                          )
                                                   )
    Defendants-Appellees,                          )
                                                   )
MICHIGAN ALLIANCE FOR RETIRED                      )
AMERICANS; DONALD DUQUETTE; KEELY                  )
CRIMANDO,                                          )
                                                   )
    Intervenors-Appellees.                         )

**BEFORE:** COLE, NALBANDIAN, and MATHIS, Circuit Judges.

Upon consideration of the motions of Honest Elections Project, The American Constitutional Rights Union, and Liberty Legal Foundation, for leave to file a brief as amicus curiae in support of the petition for rehearing en banc,

It is ORDERED that the motions are GRANTED.

**ENTERED BY ORDER OF THE COURT**

*Kelly L. Stephens*

Kelly L. Stephens, Clerk