**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 14, 2026

Mr. Joshua Charles Abbuhl
Ms. Aria Branch
Elias Law Group
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Ms. Mairead Ahlbach
Wilmer Hale
350 S. Grand Avenue
Suite 2400
Los Angeles, CA 90071

Mr. Noah Bokat-Lindell
O'Melveny & Myers
1625 Eye Street, N.W.
Washington, DC 20006

Mr. Andrew Braniff
U.S. Department of Justice
Appellate Section
P.O. Box 14403
Washington, DC 20044-4403

Mr. Lanny Arthur Breuer
Covington & Burling
850 Tenth Street, N.W.
One CityCenter
Washington, DC 20001

Mr. Mark C. Brewer
Goodman Acker
Two Towne Square
Suite 444
Southfield, MI 48076

Mr. Taylor Austin Brown
Kentucky Registry of Election Finance
140 Walnut Street
Frankfort, KY 40601

Mr. Cory Michael Carone
Stoel Rives
101 S. Capitol Boulevard
Suite 1900
Boise, ID 83702-7705

Mr. Chris Casamassima
Wilmer Hale
350 S. Grand Avenue
Suite 2400
Los Angeles, CA 90071

Mr. Gillian Cassell-Stiga
Lawyers' Committee for Civil Rights Under Law
1500 K. Street, N.W.
Suite 900
Washington, DC 20005

Mr. Gregory Clarick
Clarick Gueron Reisbaum
41 Madison Avenue
23rd Floor
New York, NY 10010

Mr. Ronald D. Coleman
Coleman Law Firm
50 Park Place
Suite 1105
Newark, NJ 07102

Mr. Daniel J. Freeman
Democratic National Committee
430 S. Capitol Street, S.E., Suite 3
Washington, DC 20003

Mr. David N. Goldman
U.S. Department of Justice
Civil Rights Division, Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, DC 20044-4403

Mr. Erik A. Grill
Office of the Attorney General
of Michigan
P.O. Box 30736
Lansing, MI 48909

Mr. Carmine Gennaro Iaccarino
Sturgill, Turner, Barker & Moloney
333 W. Vine Street
Suite 1500
Lexington, KY 40507

Ms. Sejal Parimal Jhaveri
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Mr. Abhishek S. Kambli
Holtzman Vogel Baran Torchinsky & Josefiak
2300 N. Street, N.W.
Suite 643a
Washington, DC 20037

Mr. Jonathan Barrett Koch
Dickinson Wright
200 Ottawa Avenue, N.W., Suite 900
Grand Rapids, MI 49503

Mr. Zachary C. Larsen
Clark Hill
215 S. Washington Square
Suite 200
Lansing, MI 48933

Mr. Branden D. Lewiston
Elias Law Group
250 Massachusetts Avenue, N.W., Suite 400
Washington, DC 20001

Ms. Kelsey E. McGee
U.S. Department of Justice
Civil Rights Division, Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, DC 20044-4403

Ms. Heather S. Meingast
Office of the Attorney General of Michigan
P.O. Box 30736
Lansing, MI 48909

Mr. Jonathan Benjamin Miller
Public Rights Project
490 43rd Street, Suite 115
Oakland, CA 94609

Mr. Oluwalani Oisamoje Oisaghie
Wilmer, Cutler, Pickering, Hale & Dorr
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Mr. William Jeffrey Olson
370 Maple Avenue, W., Suite 4
Vienna, VA 22180-5615

Honorable Jesus A. Osete
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Andrew George Pappas
Osborn Maledon
2929 N. Central Avenue
Suite 2000
Phoenix, AZ 85012

Mr. Michael John Pattwell
Clark Hill
215 S. Washington Square
Suite 200
Lansing, MI 48933

Ms. Sarah S. Prescott
Salvatore, Prescott, Porter & Porter
105 E. Main Street
Northville, MI 48167

Mr. Charles R. Spies
Dickinson Wright
1825 I Street, N.W., Suite 900
Washington, DC 20006

Mr. Jason Brett Torchinsky
Holtzman Vogel Baran Torchinsky & Josefiak
2300 N. Street, N.W.
Suite 643a
Washington, DC 20037

Mr. James Thomas Tucker
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Derek Anthony Zeigler
Elias Law Group
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Case No. 26-1225, *USA v. Jocelyn Benson, et al*
: Originating Case No. 1:25-cv-01148

Dear Counsel,

The attached order designated for full-text publication was filed today in this case.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely, Opinions Deputy

cc: Ms. Ann E. Filkins

Enclosure