**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 24, 2026

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re: Case No. 26-1225
*USA v. Jocelyn Benson, et al*
Originating Case No. 1:25-cv-01148

Dear Ms. Filkins,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: Roy

cc: Mr. Joshua Charles Abbuhl
Ms. Mairead Ahlbach
Mr. Noah Bokat-Lindell
Ms. Aria Branch
Mr. Andrew Braniff
Mr. Lanny Arthur Breuer
Mr. Mark C. Brewer
Mr. Taylor Austin Brown
Mr. Cory Michael Carone
Mr. Chris Casamassima
Mr. Gillian Cassell-Stiga
Mr. Gregory Clarick
Mr. Ronald D. Coleman

| | |
|---|---|
| Mr. | Daniel J. Freeman |
| Mr. | David N. Goldman |
| Mr. | Erik A. Grill |
| Mr. | Carmine Gennaro Iaccarino |
| Ms. | Sejal Parimal Jhaveri |
| Mr. | Abhishek S. Kambli |
| Mr. | Jonathan Barrett Koch |
| Mr. | Zachary C. Larsen |
| Mr. | Branden D. Lewiston |
| Ms. | Kelsey E. McGee |
| Ms. | Heather S. Meingast |
| Mr. | Jonathan Benjamin Miller |
| Mr. | Oluwalani Oisamoje Oisaghie |
| Mr. | William Jeffrey Olson |
| Honorable | Jesus A. Osete |
| Mr. | Andrew George Pappas |
| Mr. | Michael John Pattwell |
| Ms. | Sarah S. Prescott |
| Mr. | Charles R. Spies |
| Mr. | Jason Brett Torchinsky |
| Mr. | James Thomas Tucker |
| Mr. | Derek Anthony Zeigler |

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 26-1225

---

Filed: August 24, 2026

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

JOCELYN BENSON, in her official capacity as Secretary of the State of Michigan; STATE OF MICHIGAN

Defendants - Appellees

MICHIGAN ALLIANCE FOR RETIRED AMERICANS; DONALD DUQUETTE; KEELY CRIMANDO

Intervenors - Appellees

MANDATE

Pursuant to the court's disposition that was filed 06/24/2026 the mandate for this case hereby issues today.

COSTS: None