UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 26-1225

UNITED STATES OF AMERICA,

      Plaintiff - Appellant,

      v.

JOCELYN BENSON, in her official capacity as Secretary of
the State of Michigan; STATE OF MICHIGAN,

      Defendants - Appellees,

MICHIGAN ALLIANCE FOR RETIRED AMERICANS;
DONALD DUQUETTE; KEELY CRIMANDO,

      Intervenors - Appellees.

```
┌─────────────────────────┐
│         FILED           │
│      Jun 24, 2026       │
│  KELLY L. STEPHENS, Clerk │
└─────────────────────────┘
```

Before:  COLE, NALBANDIAN, and MATHIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk